# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 490 |
| | : |
| PUBLIC ACCESS POLICY OF THE | : JUDICIAL ADMINISTRATION DOCKET |
| UNIFIED JUDICIAL SYSTEM OF | : |
| PENNSYLVANIA: CASE RECORDS OF | : |
| THE APPELLATE AND TRIAL COURTS | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of November, 2017, in accordance with Section 7(C) of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts*, it is Ordered that all documents filed with the Supreme Court of Pennsylvania that contain confidential information shall be filed in two versions, a redacted version and an unredacted version.

This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective January 6, 2018.